IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LAUREY HARDING
233 Glentay Avenue
Lansdowne, PA 19050

Case Number: 2:25-cv-03067-MMB

v.

ICON CLINICAL RESEARCH LLC,
d/b/a ICON CLINICAL RESEARCH
731 Arbor Way, Ste. 100
Blue Bell, PA 19422

ORDER

AND NOW, this __27th__ day of __June__ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[✓] GRANTED. The Clerk is DIRECTED to add __M. Claire Healy__, Esquire as counsel for __ICON CLINICAL RESEARCH LLC, d/b/a ICON CLINICAL RESEARCH__. __M. Claire Healy__ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Michael M. Baylson
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).