IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAUREY HARDING | CIVIL ACTION |
|---|---|
| v. | NO. 25-3067 |
| ICON CLINICAL RESEARCH LLC, d/b/a Icon Clinical Research | |

## SCHEDULING ORDER

**AND NOW**, this 19th day of August, 2025, pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:   December 22, 2025.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:   November 12, 2025.

    Defendant:   December 8, 2025.

3. This case is REFERRED to U.S. Magistrate Judge Caroline A. Cinquanto for settlement purposes.  Judge Cinquanto's Chambers will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.  If you do not hear from her Chambers, please reach out to them within two weeks at 267-299-7750.

4. Deadline for dispositive motions:   January 22, 2026.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:   January 29, 2026.

    Defendant:   February 5, 2026.

6. Date for trial or entry into trial pool:  March 5, 2026.

    The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.